UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SHERYL RADFORD, )
)
    Plaintiff, )
)
vs. ) Case No. 4:05CV1468SNL/TCM
)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
    Defendant. )

# ORDER

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Thomas C. Mummert, III. (#14), filed January 11, 2006 be and is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FINALLY ORDERED** that the Commissioner's motion to remand (#12), filed November 10, 2005 be and is **GRANTED.** Pursuant to Sentence Six of 42 U.S.C. §405(g) this case is **REMANDED** to the Commissioner for further proceedings consistent with the Magistrate Judge's report and recommendation.

Dated this __25th__ day of January, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE